THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 South Carolina
 Department of Social Services, Respondent,
 v.
 Wanda M. and
 Greg M.,/and/Justin M.  09/11/1991/Brandon M.  02/09/1996/Maria M.  
 04/14/1997/Defendants,/Of whom Wanda M. is the mother Appellant.
 
 
 

Appeal From Pickens County
 Aphrodite K. Konduros, Family Court Judge
Unpublished Opinion No. 2007-UP-399
Submitted September 17, 2007  Filed
 September 28, 2007    
AFFIRMED

 
 
 
 John Brandt Rucker, of Greenville, for Appellant.
 Harry LaDon Phillips, Jr., of Greenville, for Respondent.
 Ann Shipman Miner, of Pickens, Steven Luther Alexander, of
 Pickens, for Guardian Ad Litem.
 
 
 

PER CURIAM:  This appeal arises from the termination of parental
 rights (TPR) of Wanda M. (Mother) to three of her minor children.  The family court
 found Mothers parental rights should be terminated because: 1) the children
 have been in foster care under the responsibility of the State for fifteen of the
 most recent twenty-two months; and 2) Mother has a diagnosable condition
 unlikely to change within a reasonable time and the condition makes it unlikely
 that she can provide minimally acceptable care to the three minor children. 
 Additionally, the court found termination was in the best interests of the
 children.  See S.C. Code Ann. § 20-7-1572 (Supp. 2006).  Upon reviewing the record and the family courts
 determination in its entirety pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warranting briefing. 
 Accordingly, the family courts decision is affirmed.[1]
AFFIRMED.
HEARN, CJ., and
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.